**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/29/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **RANDOLPH E. WELSH** | **CIVIL ACTION 09-894** |
| **VERSUS** | **JUDGE HAIK** |
| **ERIC HOLDER, ET AL** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Therefore, it is hereby **ORDERED, ADJUDGED, and DECREED** that the respondent's Motion to Dismiss be **GRANTED** and this petition is hereby **DENIED** and **DISMISSED WITH PREJUDICE as MOOT.**

**THUS DONE** and **SIGNED** on this _28_ day of October, 2009.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA